ACCEPTED
01-15-00305-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/24/2015 2:16:18 PM
CHRISTOPHER PRINE
CLERK

# NO.  01-15-00305-CV

_____

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/24/2015 2:16:18 PM
CHRISTOPHER A. PRINE
Clerk

## IN THE COURT OF APPEALS FOR THE FIRST JUDICIAL DISCTRICT OF TEXAS

_____

### BACON-TOMSONS, LTD., BRL OIL AND GAS, L.L.C., AND FERRELL EDWIN MUNSON,

*Appellants*

### VS.

### CHRISJO ENERGY, INC. AND JACK M. CLINE,

*Appellees*

---

### UNOPPOSED MOTION TO SUBSTITUTE LEAD COUNSEL

Appellants Bacon-Tomsons, Ltd., BRL Oil and Gas, L.L.C. and Ferrell Edwin Munson ("Appellants'") file this Motion to Substitute Lead Counsel.

Appellants approve of and request that the Court enter an order substituting Chris Di Ferrante as their lead counsel of record and permitting Kyle Dickson to withdraw as Appellants lead counsel of record.

Mr. Di Ferrante's State Bar and contact information is as follows:

Chris Di Ferrante
TBN:  05858800
402 East 11th Street.
Houston, Texas 77008
713-868-1919
713-868-1899 – FAX
chris@cdflaw.com

This substitution of counsel is not sought for delay.

This substitution is not opposed by an appellee.

WHEREFORE, Appellants' Bacon-Tomsons, Ltd. BRL Oil and Gas, L.L.C. and Ferrell Edwin Munson respectfully request that the Court grant this motion for substitution of lead counsel.

Respectfully submitted,

By: _/s/ Chris Di Ferrante____
TBN: 05858800
402 E. 11th Street
Houston, Texas 77008
Telephone (713) 868-1919
Facsimile (713) 868-1899
chris@cdflaw.com

**ATTORNEY FOR APPELLANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 24th day of July, 2015, true and correct copies of the foregoing instrument were forwarded via e-mail, to the attorney listed below.

Robert E. Booth
Mills Shirley LLP
2228 Mechanic St., Suite 400
Galveston, Texas 77550
*Representing appellees Chrisjo Energy, Inc. and Cline*

__/s/ Chris Di Ferrante_____